UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|     Plaintiff, | : | CRIMINAL CASE NO. |
| | : | 3:13-CR-156 (JCH) |
| v. | : | |
| | : | |
| FRANK D. GOMEZ, | : | September 2, 2014 |
|     Defendant. | : | |

**ORDER FOR STATUS REPORT RE: COMPETENCY**

The defendant was committed for a competency evaluation, and on March 24, 2014, the Court found, in accordance with the findings of doctors at the Bureau of Prisons, that he was not competent to stand trial pursuant to 18 U.S.C. § 4241(d).  Mr. Gomez was then committed by the Court to the custody of the Attorney General to determine whether he could be restored to competency.  Mr. Gomez arrived at the Springfield Medical Center for Federal Prisoners on June 5, 2014.  To date, no report of Mr. Gomez's status has been received by the Court.  Counsel for Mr. Gomez has represented to the Court that Mr. Gomez consents to an extension of his commitment at the Springfield Medical Center for Federal Prisoners.

IT IS ORDERED that the Bureau of Prisons provide a report of Mr. Gomez's status on or before September 17, 2014.  If the Bureau of Prisons believes that additional time is necessary to determine whether Mr. Gomez can be restored to competency, the report should indicate how much additional time is needed.

**SO ORDERED.**

Dated at New Haven, Connecticut this 2nd day of September, 2014.

                                                              /s/ Janet C. Hall_____
                                                             Janet C. Hall
                                                             United States District Judge